IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.  09-32861 |
| Sheila R Sieradzki | ) | S.S.# xxx-xx-4789 |
| | ) | |
| Debtor. | ) | Chapter 7 Bankruptcy |

NOTICE TO ST. JOSEPH VELLEY ANESTHESIA
THAT $2.46 HAS BEEN DEPOSITED INTO THE COURT'S
SMALL DIVIDENDS FUNDS ACCOUNT

Comes now the Chapter 7 Trustee, Rebecca Hoyt Fischer, and gives notice to St. Joseph Valley Anesthesia, creditor herein, and deposits $2.46 into the Court Clerk's Small Dividend funds Account.

1. That the last known address for St. Joseph Valley Anesthesia was:

   P.O. Box 1742
   South Bend, IN  46634

2. That the distribution amount payable to St. Joseph Valley Anesthesia was $2.46.

3. Under FRBP 3010, all dividends of less than $5.00 must be turned over to the clerk of the bankruptcy court;

DATED:  April 6, 2011                 /s/ Rebecca H. Fischer
                                      Rebecca Hoyt Fischer
                                      Bar No. 10537-72
                                      112 West Jefferson Blvd., Ste. 310
                                      South Bend, IN 46601
                                      Telephone:  (574) 284-2354

## CERTIFICATE OF SERVICE

   I hereby certify that on April 6, 2011, a true and correct copy of the above and foregoing was served by electronic transmission upon the following parties:

| | |
|---|---|
| U.S. Trustee | SCOTT W. FEDERSPIEL |
| USTPRegion10.SO.ECF@usdoj.gov | SFE@LEGALHELPERS.COM |

and by depositing same in the United States mail, correct postage prepaid, upon the following parties:

Sheila R Sieradzki
56080 Frances Avenue
Mishawaka, IN 46545

| | |
|---|---|
| United States Bankruptcy Court | St. Joseph Valley Anesthesia |
| 401 S. Michigan Street | P.O. Box 1742 |
| South Bend, IN 46601 | South Bend, IN 46634 |

            s/ Rebecca H. Fischer
            Rebecca Hoyt Fischer