IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | Case No.  09-32861 |
| **Sheila R Sieradzki** | ) | S.S.# xxx-xx-4789 |
| | ) | |
| **Debtor.** | ) | Chapter 7 Bankruptcy |

**NOTICE TO ECAST SETTLEMENT COPORATION
THAT $2.83 HAS BEEN DEPOSITED INTO THE COURT'S
SMALL DIVIDENDS FUNDS ACCOUNT**

Comes now the Chapter 7 Trustee, Rebecca Hoyt Fischer, and gives notice to eCast Settlement Corporation, creditor herein, and deposits $2.83 into the Court Clerk's Small Dividend funds Account.

1. That the last known address for eCast Settlement Corporation was:

    Assignee of GE Money Bank/ Old Navy
    P.O Box 35480
    Newark, NJ  07193-5481

2. That the distribution amount payable to eCast Settlement Corporation was $2.83.

3. Under FRBP 3010, all dividends of less than $5.00 must be turned over to the clerk of the bankruptcy court;

DATED:  April 6, 2011              /s/ Rebecca H. Fischer
                                    Rebecca Hoyt Fischer
                                    Bar No. 10537-72
                                    112 West Jefferson Blvd., Ste. 310
                                    South Bend, IN 46601
                                    Telephone:  (574) 284-2354

## **CERTIFICATE OF SERVICE**

       I hereby certify that on April 6, 2011, a true and correct copy of the above and foregoing was served by electronic transmission upon the following parties:

| | |
|---|---|
| U.S. Trustee | SCOTT W. FEDERSPIEL |
| USTPRegion10.SO.ECF@usdoj.gov | SFE@LEGALHELPERS.COM |

and by depositing same in the United States mail, correct postage prepaid, upon the following parties:

Sheila R Sieradzki
56080 Frances Avenue
Mishawaka, IN 46545

| | |
|---|---|
| United States Bankruptcy Court | eCast Settlement Corporation |
| 401 S. Michigan Street | Assignee of GE Money Bank/ Old Navy |
| South Bend, IN 46601 | P.O Box 35480 |
| | Newark, NJ 07193-5481 |

                                                                                              s/ Rebecca H. Fischer
                                                                                              Rebecca Hoyt Fischer